118 A.3d 1106

David KNELLER, Petitioner

v.

Marsha C. STEWART, Respondent.

No. 63 MM 2015.

Supreme Court of Pennsylvania.

July 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2015, as Petitioner may pursue redress in a civil action, mandamus relief is not available. *See Relosky v. Sacco,* 514 Pa. 339, 523 A.2d 1112 (1987) (holding that a petitioner may not obtain mandamus relief unless he establishes the absence of another adequate reme-

dy). As such, the Petition for Review in the Nature of Mandamus is **DENIED,** and the Application to Disqualify Counsel is **DISMISSED** as moot.